```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DAMON NEACH,                    )
                                )
         Plaintiff,             )
                                )
                                )   C.A. No. 22-11187-PBS
         v.                     )
                                )
STATE OF MASSACHUSETTS, et al., )
                                )
         Defendant.             )
```

**ORDER**

**October 12, 2022**

Saris, D.J.

In an order dated August 29, 2022, the Court found that the complaint of pro se litigant Damon Neach failed to state a claim upon which relief could be granted. The Court directed Neach to file an amended complaint. The Court stated that failure to comply with the order within 35 days might result in dismissal of this action without prejudice.

The time for complying with the Court's order expired on October 3, 2022. Neach has not filed anything in response to the order.

Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to file an amended complaint.

SO ORDERED.

                                           /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE